**Eric HARRIS, Plaintiff–Appellee,**

v.

**CITY OF MONTGOMERY,
ALABAMA, Defendant,**

**M.D. Byner, Defendant–Appellant.**

**No. 14–10656
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 8, 2014.

Eric Harris, Montgomery, AL, pro se.

Jason Cole Paulk, City Attorney's Office, Montgomery, AL, for Defendant–Appellant.

Before MARTIN, JORDAN and FAY, Circuit Judges.

JORDAN, Circuit Judge:

M.D. Byner appeals the denial of qualified immunity and state-agent immunity on Eric Harris' Fourth Amendment claim under 42 U.S.C. § 1983 and false imprisonment claim under Alabama law. Following a review of the record, we affirm for the reasons set forth in the district court's well-reasoned order dated January 14, 2014. *See* D.E. 72.

**AFFIRMED.**